UNITED STATES DEPARTMENT OF EDUCATION

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| PROPOSED DEBARMENT OF ) | Docket No. 98-67-DA |
| ALLEN MIRZAEI, ) | |
| ) | Student Financial |
| ) | Assistance Proceedings |
| Respondent. ) | |

# DEPARTMENT OF EDUCATION
# EXHIBITS 1 AND 2



EXHIBIT A



UNITED STATES DEPARTMENT OF EDUCATION

WASHINGTON, D.C. 20202-

MAY 13 1998

Mr. Allen Mirzaei, President
Computer Business College
650 North King Road
San Jose, CA 95133

SENT CERTIFIED MAIL
RETURN RECEIPT REQUESTED

## NOTICE OF PROPOSED GOVERNMENTWIDE DEBARMENT FROM FEDERAL PROCUREMENT AND NON-PROCUREMENT TRANSACTIONS

Dear Mr. Mirzaei:

This notice is issued by the U. S. Department of Education (Department) pursuant to 34 CFR §85.312 to inform you that the Department PROPOSES TO DEBAR you from participating in any covered transactions under procurement and non-procurement programs and activities of any federal agency. The proposal to debar you is based on your conduct and conduct imputed to you as owner of Computer Business College (CBC), San Jose, California, under 34 CFR §85.325(b)(1). The Department imputes the conduct of CBC that is identified in this notice to you, on the grounds that you directly participated in the misconduct, or otherwise knew, or because of your position as president had reason to know, that CBC violated regulations applicable to the programs authorized under Title IV of the Higher Education Act (HEA) of 1965, as amended, 20 U.S.C. §1070 et seq. (Title IV, HEA programs) in which CBC participated. This conduct constitutes cause for debarment under 34 CFR §85.305(b) and (d).

Federal regulations require institutions to enter into a program participation agreement (PPA) with the Department prior to participation in the Title IV, HEA programs. 20 U.S.C. §1094. By signing the PPA, you agreed to act as a fiduciary with respect to Title IV, HEA program funds and to comply with all statutes and regulations governing the Title IV, HEA programs. 34 C.F.R. §§668.14, 668.82.

As part of your responsibilities under the Title IV, HEA program regulations, your institution was required to submit annual financial statements, audited and signed by a certified public accountant (CPA). 34 CFR §668.23. These financial statements provide the Department with an overview of CBC's financial activities for each fiscal year, which is necessary to ensure that Title IV, HEA program funds are protected. The Department relied on you, as a fiduciary, to submit valid financial statements. With blatant disregard to your fiduciary duty, you submitted falsified financial statements to the Department.

When CBC applied for recertification of its participation in the Title IV, HEA programs, the Department notified you of your failure to submit CBC's financial statements for the 1994, 1995, and 1996 fiscal years. In response to the Department's notification, you submitted

ED Ex. 1-1

Page 2 – Mr. Allen Mirzaei

copies of financial statements with no CPA signature for the 1995 and 1996 fiscal years. (Enclosures 1 and 2). The Department notified you those financial statements were unacceptable and reminded you that federal regulations required you to submit, on an annual basis, financial statements audited and signed by a CPA. In response to that notification, you submitted copies of the 1994, 1995, and 1996 financial statements with CPA signatures on the transmittal letters. (Enclosures 3, 4, and 5). However, the signatures you provided were falsified.

The Department determined the documents had been falsified by contacting the CPA identified on the financial statements, Erik L. Jardstrom. On December 2, 1997, Mr. Jardstrom verified that he had not prepared the financial statements, that he had not signed correspondence with CBC for 1994, 1995, or 1996, and that the signatures on the transmittal letters were merely "skillful approximations" of his signature. (Enclosure 6). Mr. Jardstrom notified you immediately to cease misrepresenting his association with the 1994, 1995, or 1996 financial statements of CBC. (Enclosure 7).

Your falsification of financial statements exhibits a blatant disregard for your fiduciary responsibilities to the Department. You knew, or should have known, that the signatures on those documents were falsified since you retained ultimate control over the financial aid operations of CBC. On November 12, 1997, the Department denied CBC recertification to participate in the Title IV, HEA programs for failure to provide acceptable financial statements. However, in addition, the nature of your business practices reflects adversely on the propriety of further federal government dealings with you. Therefore, your falsification of signatures on the financial statements warrants your debarment from federal procurement and non-procurement transactions both to avoid the erosion of public confidence in the integrity of governmental programs and to protect federal funds from misuse.

Debarment may be imposed by the Deciding Debarment/Suspension Official 30 days after your receipt of this notice, using the standards and procedures set forth in 34 CFR 85.311-85.314, as supplemented by the Non-procurement Debarment and Suspension Procedures. You or your representative may submit information and argument in opposition to this proposed debarment, either in person or in writing, in accordance with 34 CFR §85.313. To be considered timely, your written submission or written request to personally oppose this debarment must be received by the Deciding Debarment/Suspension Official at the address given below, on or before the thirtieth day after your receipt of this notice.

If you make a timely written or oral opposition to the proposed debarment, the Deciding Debarment/Suspension Official will determine whether your submission has raised a genuine dispute over material facts. If so, you will be afforded an opportunity to appear with a representative, submit documentary evidence, present witnesses, and confront any witnesses that the Department presents. 34 CFR 85.313(b). If you do nothing, the Deciding Debarment/Suspension Official will issue a decision based on this notice and my recommendations in accordance with 34 CFR §85.314 and the Non-procurement Debarment and Suspension Procedures.

ED 1-2